# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ALABAMA

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
|  | (For **Revocation** of Probation or Supervised Release) |
| v. |  |
| **KELWINN T. HILL** | Case Number: **1:12-CR-00174-001** |
| a/k/a Kelwinn Tyrone Hill | USM Number: **12817-003** |
|  | **Brandy B. Hambright, Esquire** |
|  | Defendant's Attorney |

**THE DEFENDANT:**

☒ admitted guilt to violation of the statutory conditions and standard condition #9 of the terms of supervision as set forth in the petition dated 9/13/2016.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| **Violation Number** | **Nature of Violation** | **Violation Ended** |
|---|---|---|
| Statutory | New Offense | 07/28/2016 |
| Statutory | New Offense | 07/28/2016 |
| 9 | Technical |  |

The defendant is sentenced as provided in pages 2 through 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

    IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

September 28, 2016
Date of Imposition of Judgment

/s/ Callie V. S. Granade
Signature of Judge

CALLIE V. S. GRANADE
SENIOR UNITED STATES DISTRICT JUDGE
Name and Title of Judge

October 5, 2016
Date signed

DEFENDANT: KELWINN T. HILL, a/k/a Kelwinn Tyrone Hill
CASE NUMBER: 1:12-CR-00174-001

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: **TWENTY-FOUR (24) MONTHS.**

☐   The court makes the following recommendations to the Bureau of Prisons:

☒   The defendant is remanded to the custody of the United States Marshal.
☐   The defendant shall surrender to the United States Marshal for this district:

☐ at           ☐ a.m.   ☐ p.m.   on

☐ as notified by the United States Marshal.

☐   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐ before 2 p.m. on
☐ as notified by the United States Marshal.
☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to

at _____, with a certified copy of this judgment.

UNITED STATES MARSHAL
By
_____
DEPUTY UNITED STATES MARSHAL